IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SMECK,                                :
                                             :   Case No. 19-cv-3625-JMY
        v.                                   :
                                             :
COMCAST CABLE COMMUNICATIONS                 :
MANAGEMENT, LLC, et al.                      :

## ORDER

AND NOW, this 25th day of November 2020, upon consideration of the Motion to Compel Arbitration and Stay Proceedings filed by the Defendants (ECF No. 23), and all documents filed in support thereof and in opposition thereto, for the reasons set forth in the Memorandum filed by this Court, it is hereby ORDERED that:

1. the Motion to Compel Arbitration and Stay Proceedings is GRANTED;

2. this case is STAYED until further order of the Court and shall be placed in CIVIL SUSPENSE pending final decision in arbitration;

3. Counsel shall file a joint status report within six (6) months of the date that this Order is entered on the docket and shall update the Court every six (6) months thereafter; and

4. Counsel shall file a joint status report upon completion of any arbitration proceeding to advise whether any further action by the Court is necessary.


                    By the Court:

                    /s/ John Milton Younge
                    _____
                    Judge John Milton Younge